UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRY BURKE as personal representative of the estate of Berniece Hermsen, and in his capacity as previous attorney in fact for Berniece Hermsen, | ) ) ) ) ) ) | CIV. 12-4051-KES<br><br>EXHIBIT 1 |
|     Plaintiff, | ) ) | UNDERTAKING |
| vs. | ) ) | |
| ABILITY INSURANCE COMPANY, f/k/a Medico Life Insurance Company; ABILITY RESOURCES, INC.; ABILITY RESOURCES HOLDINGS, INC.; ABILITY REINSURANCE HOLDINGS LIMITED, BERMUDA; and ABILITY REINSURANCE  LIMITED, BERMUDA, | ) ) ) ) ) ) ) ) ) ) ) | |
|     Defendants. | | |

    The undersigned _____ certifies that he or she has read the Protective Order for Confidentiality dated March 6, 2013, and agrees to be bound and comply with the terms of the order.

    AGREED to this \_\_\_\_ day of _____, 201\_\_\_.

                                      By:_____

                                        _____
                                        Title