UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRY BURKE as personal representative of the estate of Berniece Hermsen, and in his capacity as previous attorney in fact for Berniece Hermsen, | ) ) ) ) ) ) | CIV. 12-4051-KES |
| Plaintiff, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| ABILITY INSURANCE COMPANY, f/k/a Medico Life Insurance Company; ABILITY RESOURCES, INC.; ABILITY RESOURCES HOLDINGS, INC.; ABILITY REINSURANCE HOLDINGS LIMITED, BERMUDA; and ABILITY REINSURANCE  LIMITED, BERMUDA, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff moves to dismiss this action. Defendants join in the motion. It is

ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to dismiss

(Docket 164) is granted, and this action is dismissed, with prejudice, and without

costs to any party.

Dated October 2, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE